1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Sarah Jane Cruz-Mariano

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11  SARAH JANE CRUZ-MARIANO,          ) Case No.: 2:15-cv-04595-DFM
                                      )
12         Plaintiff,                 ) ORDER AWARDING EQUAL
                                      ) ACCESS TO JUSTICE ACT
13      vs.                           ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN, Acting         ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,  ) U.S.C. § 1920
                                      )
15         Defendant                  )
                                      )
16  _____ )

17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20       IT IS ORDERED that fees and expenses in the amount of $2,595.00 as

    authorized by 28 U.S.C. § 2412, and costs in the amount of $14.10 as authorized
21
    by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
22
    DATE: November 7, 2016
23
                                    _____
24                                  HONORABLE DOUGLAS F. MCCORMICK
                                    UNITED STATES MAGISTRATE JUDGE
25

26

                                      -1-